UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF GEORGIA
ATLANTA DIVISION

**REGINALD MOONEY,**

    **Plaintiff,**

**vs.**                            **CASE NO.: 1:16-CV-03780-ELR**

**DIRTBUSTERS FLEET
SERVICE, LLC., a Domestic
Profit Corporation, and NINA
M.JONES, Individually,**

    **Defendants.**        /

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), by and through the undersigned counsel, agree that the above-styled action of the Plaintiff against Defendants be dismissed with prejudice with each party to bear their own attorneys' fees and costs.

## FONT CERTIFICATION

Pursuant to Local Rule 5.1(C) Plaintiff hereby certifies that the within and foregoing pleading was prepared using Times New Roman, 14-point font.

Date: April 19th, 2017.

Respectfully submitted by,

| | |
|---|---|
| **s/ CARLOS V LEACH** | **s/ WILL C. ADAMS** |
| Carlos V Leach, Esq. | Will Adams, Esq. |
| Georgia Bar No.: 488443 | Georgia Bar No. 004655 |
| Email: CLeach@forthepeople.com | Email: wadams@taylorenglish.com |
| **MORGAN & MORGAN, P.A.** | TAYLOR ENGLISH DUMA LLP |
| 191 Peachtree Street, N.E., Suite 4200 | 1600 Parkwood Circle, Suite 400 |
| Post Office Box 57007 | Atlanta, GA 30339 |
| Atlanta, Georgia 30343-1007 | (770) 434-6868 Telephone |
| Tel: (404) 965-8811 | (770) 434-7376 Facsimile |
| Fax: (404) 965-8812 | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of April, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

**s/ CARLOS V. LEACH**
Carlos V. Leach, Esquire